**DOCUMENT ELECTRONICALLY FILED**

HERRICK, FEINSTEIN LLP
One Gateway Center, 22nd Floor
Newark, New Jersey 07102
(973) 274-2000
*Attorneys for Defendant Grocery Haulers, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

------------------------------------------------ x
                        :

BRIAN QUEEN, RAMON FRANCO,    :   Civil Action No.:  2:11-cv-06592(CCC)(JAD)
and HENRY ROGUZ,           :

                Plaintiffs,  :   **NOTICE OF APPEARANCE**

     vs.              :

GROCERY HAULERS INC.,     :

             Defendant.  :
------------------------------------------------ x

    **PLEASE TAKE NOTICE THAT** appearance is hereby entered for Jaimee Katz Sussner, Esq. of Herrick, Feinstein LLP, attorneys of record for defendant Grocery Haulers, Inc. in the above-captioned matter.

    Any and all future correspondence, pleadings or other documents, including any electronic filings, related to this case should be forwarded to:

        Jaimee Katz Sussner, Esq.
        Herrick, Feinstein LLP
        One Gateway Center, 22nd Floor
        Newark, New Jersey 07102
        (973) 274-2000
        jsussner@herrick.com

Dated:  November 21, 2011                     HERRICK, FEINSTEIN LLP
         Newark, New Jersey


         By:  /s/ Jaimee Katz Sussner
           Jaimee Katz Sussner
        jsussner@herrick.com
        One Gateway Center, 22nd Floor
        Newark, New Jersey  07102
        (973) 274-2000

        *Attorneys for Defendant Grocery Haulers, Inc.*