DOCUMENT ELECTRONICALLY FILED

HERRICK, FEINSTEIN LLP
One Gateway Center, 22nd Floor
Newark, New Jersey 07102
(973) 274-2000
*Attorneys for Defendant Grocery Haulers, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BRIAN QUEEN, RAMON FRANCO, and HENRY ROGUZ, | Civil Action No.: 2:11-cv-06592(CCC)(JAD) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. |  |
| GROCERY HAULERS INC., |  |
| Defendant. |  |

**PLEASE TAKE NOTICE THAT** appearance is hereby entered for Michelle M. Sekowski, Esq. of Herrick, Feinstein LLP, attorneys of record for defendant Grocery Haulers, Inc. in the above-captioned matter.

Any and all future correspondence, pleadings or other documents, including any electronic filings, related to this case should be forwarded to:

> Michelle M. Sekowski, Esq.
> Herrick, Feinstein LLP
> One Gateway Center, 22nd Floor
> Newark, New Jersey 07102
> (973) 274-2000
> msekowski@herrick.com

Dated: November 21, 2011  HERRICK, FEINSTEIN LLP
Newark, New Jersey

By: /s/ Michelle M. Sekowski
Michelle M. Sekowski
msekowski@herrick.com
One Gateway Center, 22nd Floor
Newark, New Jersey  07102
(973) 274-2000

*Attorneys for Defendant Grocery Haulers, Inc.*