Scott T. Tross, Esq.
Jaimee Katz Sussner, Esq.
Herrick, Feinstein LLP
One Gateway Center, 22nd Floor
Newark, New Jersey 07102
Tel: 973.274.2000
E-mail: stross@herrick.com
       jsussner@herrick.com
*Attorneys for Defendant Grocery Haulers, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| BRIAN QUEEN, RAMON FRANCO, and HENRY ROGUZ, | 11-cv-06592 (CCC) (JAD) |
| Plaintiffs, | **GROCERY HAULERS, INC.'S RULE 24.1 NOTICE** |
| vs. | |
| GROCERY HAULERS INC., | |
| Defendant. | |

---

       Pursuant to Local Rule of Civil Procedure 24.1, the undersigned counsel for defendant Grocery Haulers, Inc. ("GHI") certifies that GHI has asserted as affirmative defenses in the above-captioned matter that the Millville Dallas Airmotive Plant Job Loss Notification Act, N.J.S.A. 34:21-1, et seq., violates (i) the Takings Clause of the Fifth Amendment of the United States Constitution; (ii) the Due Process Clause of the Fifth Amendment of the United States Constitution; and (iii) the Constitution of the State of New Jersey.

Dated: Newark, New Jersey
       November 22, 2011

                      HERRICK, FEINSTEIN LLP
                      Attorneys for Defendant Grocery Haulers, Inc.

                      By:   /s/ Jaimee Katz Sussner
                             Scott T. Tross
                             Jaimee Katz Sussner